UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SUZETTE SCOTT-WARREN<br><br>                Plaintiff,<br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br><br>                Defendant. | Civil Action No. 3:14-cv-738-CRS |

ORDER

Plaintiff Suzette Scott-Warren has filed a motion for sanctions stemming from Defendant Liberty Life Assurance Company of Boston's failure to appear at a properly noticed deposition. Liberty ignored its discovery obligations, failed to attend the properly noticed deposition, and otherwise failed to comply with the Rules concerning protective orders. The Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED, Plaintiff's motion is GRANTED.

1. Defendant shall cooperate with re-scheduling its 30(b)(6) deposition.

2. Defendant's motion for a protective order is denied in its entirety. Defendant shall be prepared to respond to each of the "Matters to be Covered" and shall produce each of the "Material Documents."

3. Within seven (7) days of receiving Ms. Scott-Warren's fees and cost incurred in relation to her properly noticed deposition and motion for sanctions, Defendant shall remit payment to Ms. Scott-Warren.

4. Defendant is on notice that violation of this order and/or its failure to comply with its discovery obligations *may result in default judgment* being entered in favor of Plaintiff. *See Grange Mut. Cas. Co. v. Mack*, 270 Fed.Appx. 372, 376 (6th Cir. 2008).